**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SERGEY SELEZNEV,                          No. C-05-1821 MMC

12             Petitioner,               **ORDER GRANTING PETITION FOR
                                          WRIT OF HABEAS CORPUS;**
13       v.                               **REMANDING FOR FURTHER
                                          PROCEEDINGS**
14   ALBERTO R. GONZALES, Attorney
     General,
15             Respondent.

16   _____/

17

18        In light of the Ninth Circuit's order in <u>Seleznev v. Gonzales</u>, No. 04-74932, slip op.

19   (9th Cir. Apr. 13, 2005), the petition for a writ of habeas corpus is hereby GRANTED, and

20   the matter is remanded to the United States Department of Justice, Executive Office for

21   Immigration Review, United States Immigration Court, San Francisco, California, for further

22   proceedings in accordance with the Ninth Circuit's order.

23        The Clerk shall close the file.

24        **IT IS SO ORDERED.**

                                              /s/ Maxine M. Chesney
25   Dated: May 5, 2005                       MAXINE M. CHESNEY
                                              United States District Judge
26

27

28