IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY SELEZNEV,<br><br>       Petitioner,<br><br>  v.<br><br>ALBERTO R. GONZALES, Attorney General,<br><br>       Respondent.<br>_____/ | No. C-05-1821 MMC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS; REMANDING FOR FURTHER PROCEEDINGS** |

      In light of the Ninth Circuit's order in <u>Seleznev v. Gonzales</u>, No. 04-74932, slip op. (9th Cir. Apr. 13, 2005), the petition for a writ of habeas corpus is hereby GRANTED, and the matter is remanded to the United States Department of Justice, Executive Office for Immigration Review, United States Immigration Court, San Francisco, California, for further proceedings in accordance with the Ninth Circuit's order.

      The Clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: May 5, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge